**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-2116**

_____

DARRIN L. KING,

               Plaintiff - Appellant,

     v.

SMITHFIELD FOOD,

               Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (2:08-cv-00487-JBF-FBS)

_____

Submitted: November 17, 2009     Decided: November 20, 2009

_____

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Darrin L. King, Appellant Pro Se. Matthew Westcott Smith, KAUFMAN & CANOLES, PC, Williamsburg, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrin King appeals the district court's order granting summary judgment for the Appellee on King's claim of disability discrimination. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. Rule 34(b). King's brief fails to challenge the district court's dispositive conclusions that he failed to demonstrate a prima facie case of discrimination and that the Appellee had legitimate, non-discriminatory reasons for not hiring King. Accordingly, we affirm the district court's order and deny King's motions to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

<u>AFFIRMED</u>